IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:19CR00085-01 SWW |
| | * | |
| TOMMY EARL CASEY, III | * | |

## ORDER

On April 7, 2021, the Court held a hearing on the United States' motion [ECF No. 62] to revoke the supervised release previously granted Defendant. Defendant consented to participate in the hearing via video teleconference and was present at the hearing by video. Also present were Defendant's attorney, Darrell F. Brown, Jr. and Assistant United States Attorney Benicia Moore for the Government. Based on statements on the record, the Court found that Defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Government's motion to revoke supervised release [ECF No. 62] is **GRANTED**, and the supervised release previously granted Defendant is **REVOKED.**

IT IS FURTHER ORDERED that Defendant shall serve a ***term of imprisonment of FIVE (5) MONTHS*** in the custody of the Bureau of Prisons.

There will be ***TWO (2) YEARS supervised release*** following the term of incarceration. All general and standard conditions of supervised release previously

imposed remain in full force and effect.  *Those conditions include that Defendant report to the United States Probation Office in the federal judicial district where he is released within 72 hours of his release from imprisonment.*

In addition, Defendant will be subject to the following special condition of supervised release:

> 1.  Defendant must participate, under the guidance and supervision of the United States Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Defendant must pay a $100 special assessment, which is mandatory and still outstanding.

The Court recommends that Defendant be incarcerated at Forrest City, Arkansas.

Defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED THIS  9TH  DAY OF APRIL, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE