IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:19-CR-00085-SWW |
| | * | |
| TOMMY EARL CASEY, III | * | |

## ORDER

On December 9, 2021, the Court held a hearing on the United States' superseding petition (*Doc. 84*) to revoke the supervised release of Defendant Tommy Earl Casey, III. Defendant appeared with his attorney, Darrell F. Brown, and Assistant United States Attorney Benecia Moore appeared for the Government. Defendant admitted to certain, but not all, allegations in the Government's superseding petition, and the Court found that he had violated the conditions of his supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant be, and it is hereby, *REVOKED*, and the Government's superseding petition to revoke (*Doc. 84*) is GRANTED. The original motion to revoke (*Doc. 72*) is MOOT.

IT IS FURTHER ORDERED that Defendant shall serve a term of imprisonment of **EIGHTEEN MONTHS** in the custody of the Bureau of Prisons (BOP), with *no supervised release to follow*. Court recommends that Defendant be

incarcerated in Forrest City, Arkansas and that he participate in substance abuse treatment during incarceration. The Court has no objection to Defendant's participation in a Residential Drug Abuse Program.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this 9th day of December, 2021.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE